# Weisberg & Meyers, LLC
## Attorneys for Consumers
(please direct mail to our corporate office in phoenix)
5025 North Central Ave, #602
Phoenix, Arizona 85012
www.AttorneysForConsumers.com
Toll Free Nationwide 1-888-595-9111
866-565-1327 Facsimile

extension: 412
E-mail: DKurz@AttorneysForConsumers.com

Writer licensed in:
New York; Texas
Georgia, New Jersey and Washington

June 18, 2012

**Filed via the Court's CM/ECF system**

Hon. Brian M. Cogan
U.S. District Court
225 Cadman Plaza East
Brooklyn NY 11201

    **RE:**    **Patrick Saunders v. NCO Financial Systems, Inc.**
              **Case No. 1:12-cv-01750-BMC**

Dear Judge Cogan:

    Please be advised that I represent Plaintiff, Patrick Saunders ("Plaintiff"), in this action. On June 13, 2012, per Individual Rule III(A), Plaintiff submitted a letter requesting a pre-motion conference with the Court regarding Plaintiff's anticipated motion to strike affirmative defenses. (Doc. 17). As noted in Plaintiff's June 13, 2012 letter, the parties had unsuccessfully attempted to resolve the issue without Court intervention at that time. Subsequently, the parties have again conferred and amicably resolved all issues related to Plaintiff's June 13, 2012 letter. Defendant has agreed with withdraw the contested affirmative defenses rendering a motion to strike unnecessary. Accordingly, Plaintiff withdraws his June 13, 2012 letter request.

    Thank you for your kind courtesies in this regard and please feel free to have any one of your staff contact me at the toll free phone number above with any questions or concerns regarding this request.

                                                             Best regards,

                                                             *Dennis R. Kurz*
                                                             *Signed Electronically*
                                                             Dennis R. Kurz
                                                             Attorney at Law

cc:    Defendant's Counsel, Aaron R. Easley, via **ECF filing**