

AARON R. EASLEY
Direct: (908) 751-5940
aeasley@sessions-law.biz

January 3, 2013

**VIA ECF FILING**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Patrick Saunders v. NCO Financial Systems, Inc.*
           USDC ED NY, Case No. 12-cv-01750

Dear Judge Cogan:

    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC represents defendant NCO Financial Systems, Inc. ("NCO") in the above-referenced matter. On December 21, 2012, Your Honor entered an Order to Show Cause directed to plaintiff and his attorneys to show cause why sanctions should not be imposed pursuant to Rule 11 as for the reasons stated in the Court's Memorandum, Decision and Order of December 19, 2012. Currently, a Hearing is scheduled before Your Honor on January 10, 2013, at 3:00 p.m.

    NCO takes no position with respect to whether sanctions should be entered and thus the undersigned requests he not be required to attend the Hearing on January 10, 2013.

                                            Respectfully submitted
                                           /s/ Aaron R. Easley
                                           Aaron R. Easley

ARE: ked
cc: Jeanne Lahiff, Esq. (via ECF Filing)